TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00410-CR







Dale C. Santistevan, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT


NO. 0932289, HONORABLE LARRY FULLER, JUDGE PRESIDING







PER CURIAM



 This is an appeal from an order of the trial court revoking appellant's probation.
Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).




Before Justices Powers, Kidd and B. A. Smith


Appeal Dismissed on Appellant's Motion


Filed: August 16, 1995


Do Not Publish